IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ROBERT JAMES FOX** | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:10cv00158 |
| | § | |
| V. | § | MAGISTRATE JUDGE EVERINGHAM |
| | § | |
| **CITY OF JACKSONVILLE, TEXAS,** | § | |
| **ET AL.,** | § | |
| Defendants. | § | JURY DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Craig Caldwell, Gordon Lemaire, Rachel Patton, Craig Fletcher, James Campbell, and Elmer Beckworth hereby designate Lee I. Correa of Flowers Davis, P.L.L.C., 1021 E.S.E. Loop 323, Suite 200, Tyler, Texas 75701 as Counsel of Record on their behalf. As Counsel of Record, Lee I. Correa shall receive all notices and correspondence from the Court and all counsel of record.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@tyler.net
Lead Attorney
**LEE I. CORREA**
State Bar. No. 24072049
lic@tyler.net
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on November 5, 2010, in the following manner:

    __X__    Via ECF

                                              _____
                                              **Lee I. Correa**