UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT FOX | § § | |
| vs. | § § | CASE NO. 2:10-CV-158-TJW-CE |
| CITY OF JACKSONVILLE, TEXAS, ET AL. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 51) has been presented for consideration. The report recommends that the court grant Defendants' various motions to dismiss and dismiss this case with prejudice. Furthermore, the report recommends that the court order Plaintiff to obtain the permission of this court before filing any future litigation in the Eastern District of Texas. Plaintiff filed objections to the Magistrate Judge's report (Dkt. No. 52).

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Defendants' motions to dismiss are GRANTED. It is further ORDERED that Plaintiff must obtain the permission of this court before filing any future litigation in the Eastern District of Texas.

SIGNED this 21st day of July, 2011.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1